**Gina@michellearmstrongpa.com**

| | |
|---|---|
| **From:** | Michelle Armstrong <armstrong.law@gmail.com> |
| **Sent:** | Wednesday, December 18, 2013 9:06 PM |
| **To:** | Gina@michellearmstrongpa.com |
| **Subject:** | Fwd: U.S. Bankruptcy Court, Southern District of Florida - Undeliverable Notice, In re: Jennifer Yazejian, Case Number: 08-26486, RBR, Ref: [p-63147241] |
| **Attachments:** | B_P00826486CGFD400163.PDF |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

---------- Forwarded message ----------
From: <USBankruptcyCourts@noticingcenter.com>
Date: Wed, Dec 18, 2013 at 2:46 PM
Subject: U.S. Bankruptcy Court, Southern District of Florida - Undeliverable Notice, In re: Jennifer Yazejian, Case Number: 08-26486, RBR, Ref: [p-63147241]
To: michelle@michellearmstrongpa.com


Notice of Undeliverable Mail to Debtor/Debtor's Attorney

December 19, 2013

From: United States Bankruptcy Court, Southern District of Florida

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Jennifer Yazejian, Case Number 08-26486, RBR

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule. THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.**

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient

1

below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Fort Lauderdale**

Undeliverable Address:
Chase Bank USA, N.A.
MS 550
PO Box 91121
Seattle, WA 98111-9221

Reason Undeliverable: FORWARDING ADDRESS WITH USPS: PO BOX 288, GREENVILLE SC 29602-0288 FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:   Chase-Bankruptcy Dept
POB 15298
Wilmington, DE 19850

Undeliverable Address:
CitiFinancial Retail Services
POB 6933
The Lakes, NV 88901-6933

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:   CitiFinancial
Attn: Bankruptcy Dept
POB 6042
Sioux Falls, SD 57117-6042

_Michelle Armstrong_                                 12/21/2013
Signature of Debtor or Debtor's Attorney            Date

**The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.**

--
Michelle Armstrong
Michelle Armstrong, PA
7401 Wiles Rd, #235
Coral Springs, FL 33071
Ph: 954-509-3736

This e-mail is intended only for the individual(s) or entity(s) named within the message. This e-mail might contain legally privileged and confidential information. If you properly received this e-mail as a client or retained expert, please hold it in confidence to protect the attorney-client or work product privileges. If the reader of this message is not the intended recipient, or the agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this communication is prohibited by the sender and to do so might constitute a violation of the Electronic Communications Privacy Act, 18 U.S.C. section 2510-2521.  You must notify sender of the error.